IN THE MAGISTRATE COURT
COUNTY OF VALENCIA
STATE OF NEW MEXICO

FILED
VALENCIA CO. MAG CT

01 DEC -1  AM 9:48

STATE OF NEW MEXICO,

VS.

NO. M-59-SW 02001 00017

#43841   JSB

Gilbert Torres
Date of Birth: 06-05-53
Social Security Number: 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
Height: 5'08" Eyes: Green Hair: Brown
932 Los Rosas Street
Los Lunas, New Mexcio 87031

## AFFIDAVIT FOR SEARCH WARRANT

Affiant, being duly sworn, upon his oath, states that he has reason to believe that on the following described premises: A gray in color mobile home, with white trim, which is situated at 932 Las Rosas South East, in the Village of Los Lunas, County of Valencia, State of New Mexico. Said dwelling is situated on the east side of the roadway, east of Carson Drive, and is gray in color with a pitched roof. The front door faces north and there is a six foot dog eared wooden privacy fence that surrounds the home. The above described residence and property is accessed by turning south off Main Street on to Carson Drive. Travel south on Carson Drive about one mile, and turn right on Las Claveles heading east to 932 Las Rosas. The search is to include the above described residence, surrounding curtilage, and vehicles, for the following items of evidence.

1. ANY AREAS OF BLOOD STAINED CARPET AND OR FLOOR TILING LOCATED THROUGHOUT THE RESIDENCE.
2. THE BEDDING LOCATED IN THE FAR EAST BEDROOM OF THE RESIDENCE.
3. THE 12-GAUGE SHOTGUN, AMMUNITION, AND ANY OTHER WEAPONS POSSIBLY USED IN THE HOMICIDE, .
4. A COMPLETE COMPUTER SYSTEM WITH MONITOR TO INCLUDE ANY SOFTWARE.
5. ANY BROKEN GLASS
6. ANY BROKEN POTTERY
7. ANY FURNITURE ITEMS THAT HAS BLOODSTAIN PRESENT.
8. A SECTION OF CEILING IN THE FAR EAST BEDROOM OF THE RESIDENCE APPROXIMATELY 8 FT. BY 8 FT.
9. ANY ITEMS DISCARDED IN TRASH RECEPTACLES
10. ANY CUTTING INSTRUMENTS
11. ANY POTATOES, EITHER HOLE OR PORTIONED
12. ANY LOCKED CONTAINERS.
13. ANY OTHER ITEMS THAT CAN BE DIRECTLY OR INDIRECTLY LINKED TO THE OFFENSE LISTED.

The facts tending to establish the foregoing grounds for issuance of a search warrant are as follows: Affiant is a full time, salaried and certified law enforcement officer, employed by the Los Lunas Police Department, Valencia County, New Mexico. Affiant has six years of law enforcement experience and is presently assigned to criminal investigation division. Affiant has obtained and executed search warrants that have resulted in the seizure of controlled substances, stolen property and other evidence that is admissible in court, and in the arrest and criminal prosecution of the offenders. Affiant has received training, both on the job and in the classroom regarding criminal investigations including but not limited to violent crimes.

On November 3, 2001, Los Lunas police officers were dispatched to 932 Las Rosas in reference to shooting that had just occurred. Upon their arrival officers discovered the victim, Pamela Pace, had been fatally shot in the abdomen. Gilbert Torres, the victim's ex-husband, advised that Pamela shot herself with a 12-gauge shotgun that he kept inside of the home. Upon further investigation of the crime scene, by officers, they learned that a domestic dispute occurred between the victim and Torres. Witness heard what they reported as being the sounds of a scuffle and then a loud noise. Shortly after the noise, they reported seeing Torres exit the home and throw something over the fence of the home directly north of 932 Los Rosas. Officers located the item, which was a blue in color cloth that had Duct Tape wrapped around it. This cloth and Duct Tape appeared to be the same as a piece of cloth and tape that was found on the butt portion of the 12 gauge shot gun. Also found near the cloth was another amount of Duct tape that had been wrapped around a potato. An apparent explosion of some kind had blown the potato apart. Inside the room where the deceased was located, officers discovered the remains of potato on the floor and what papered to be potato in the hair of the victim. It was also noted that the barrel of the shotgun had been mushroomed out, as if there was an obstacle blocking the barrel. BASED ON THE ABOVE INFORMATION AND FACTS THE AFFIANT PRAYS THAT THE COURT ISSUES A SEARCH WARRANT AUTHORIZING THE SEARCH OF THE LOCATION AND PROPERTY DESCRIBED HEREINABOVE AND THE SEIZURE OF THE PROPERTY AND ITEMS DESCRIBED HEREINABOVE.

_James Harris_
SIGNATURE OF AFFIANT

SUBSCRIBED AND SWORN TO BEFORE
ME IN VALENCIA COUNTY OF THE STATE
OF NEW MEXICO THIS 4TH DAY December,
2001.

**DETECTIVE**
OFFICIAL TITLE ( IF ANY)

_John W. Pope_
JUDGE, NOTARY OR OTHER OFFICER AUTHORIZED
TO ADMINISTER OATHS.
CHRISTINE TORRES
MY COMMISSION EXPIRES: 1-23-98

Approved as to form:
Barbara A. Sanchez, ADA

STATE OF NEW MEXICO

IN THE MAGISTRATE COURT
COUNTY OF VALENCIA
STATE OF NEW MEXICO

NUMBER M-59-SW-0200100017

V.

GILBERT TORRES        (Defendant)
DOB: 06-05-53
SOC: 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
HT: 5'08"  WT: 180
ADDRESS: 932 LOS ROSAS
LOS LUNAS, NEW MEXICO 87031

# SEARCH WARRANT

THE STATE OF NEW MEXICO TO ANY OFFICER AUTHORIZED TO EXECUTE THIS SEARCH WARRANT:

Proof by Affidavit for Search Warrant, having been submitted to me, I am satisfied there is probable cause that the person named or property described in the Affidavit is located where alleged in the Affidavit and I find grounds exist for the issuance of the Search Warrant. A copy of the Affidavit is attached and made a part of this Search Warrant.

**YOU ARE HEREBY COMMANDED** to search forthwith the person or place described in the Affidavit between the hours of 6:00 a.m. and 10:00 p.m., unless I have specifically authorized a nighttime search for the person or property described in the Affidavit, serving the warrant together with a copy of the Affidavit, making the search and if the person or property be found there, to seize the person or the property and hold for safekeeping until further order of the Court.

You are further directed to prepare a written inventory of any person or property seized and to file the return and written inventory with the Court promptly after its execution.

Dated this _____ day of ~~January~~ Nov, 2001

_____
MAGISTRATE COURT JUDGE

## AUTHORIZATION FOR NIGHTTIME SEARCH

I further find reasonable cause has been shown for nighttime execution of this Warrant, I authorize execution of this Search Warrant at any time of the day or night for the following reasons _____
_____
_____
_____

_____
MAGISTRATE COURT JUDGE

STATE OF NEW MEXICO

# RETURN AND INVENTORY

I received the attached Search Warrant on _12-04-01_, _0800_ and executed it on _12-04-01_, _____ at _1031_ o'clock (a.m.) (p.m.). I searched the person or premises described in the Warrant and I left a copy of the Warrant with _GILBERT TORRES_
(name the person searched or the owner at the place of search) together with a copy of the inventory for the items seized.

The following is an inventory of property taken pursuant to the Warrant: *(Attach separate inventory if necessary.)*

_SEE ATTACHED FORMS_

This inventory was made in the presence of _____

*(name of Applicant for the Search Warrant)* and _____
*other credible person witnessing the inventory.)*

This inventory is a true and detailed account of all the property taken pursuant to the Warrant.

_____ DETECTIVE CLPD
Signature of Officer

_____
Signature of owner of property
or other witness

Return made this _7TH_ day of _DEC._, _01_, at _1130_ (a.m.) (p.m.)

_____
(Judge)(Clerk)

After careful search I could not find at the place, or on the person described, the property described in this Warrant.

_____          _____
Date                                Officer

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

**NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED**

[X] OWNER  
[ ] OTHER  

GILBERT TORRES  
932 LAS ROSAS  
LOS LUNAS, NEW MEXICO 87031  01-23-3-0149

**ADDRESS (Include Zip Code)**

PAGE 1 OF 2

**LOCATION WHERE PROPERTY WAS OBTAINED**
AT SUSPECTS RESIDENCE     LIVINGROOM AREA

**PURPOSE FOR WHICH OBTAINED**
EVIDENCE

**LOCATION WHERE PROPERTY WILL BE STORED**
LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| LR 1 | 1 | CARPET WITH STAIN |
| LR 2 | 1 | CARPET WITH STAIN |
| LR 3 | 1 | CARPET WITH STAIN |
| LR 4,5,14 | 1 | BLANKET FROM SOFA WITH STAINS (ITEMS 4,5, 14) |
| LR 6 | 1 | SWAB OF RED STAIN FROM TV TRAY |
| LR 7A | 1 | CARPET WITH STAIN |
| LR 7B | 1 | BLUE FIBER FROM AREA NEAR 7A |
| LR 8 | 1 | PIECE OF CERAMIC VASE |
| LR 9 | 1 | CARPET WITH STAIN |
| LR 10 | 1 | CARPET WITH STAIN |
| LR 11 | 1 | CARPET WITH STAIN |
| LR 12 | 1 | FOLDING KNIFE - POSSIBLE STAIN |

**I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED**

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01   1800 | MICHAEL T. APPLEGATE | *(signed)* |

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED

[X] OWNER
[ ] OTHER

GILBERT TORRES
932 LAS ROSAS
LOS LUNAS, NEW MEXICO 87031  01-23-3-0149

ADDRESS (Include Zip Code)

PAGE 2 OF 2

LOCATION WHERE PROPERTY WAS OBTAINED

AT SUSPECTS RESIDENCE          LIVINGROOM AREA

PURPOSE FOR WHICH OBTAINED

EVIDENCE

LOCATION WHERE PROPERTY WILL BE STORED

LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| LR 13 | 1 | EYEGLASS FRAME |
| LR 15 | 1 | CARPET WITH STAIN |
| LR 16 | 1 | SWAB OF STAIN ON ARM OF SOFA |
| LR 17 | 1 | SWAB OF STAIN ON SOFA |
| | | *MTA* |

I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01  1800 | MICHAEL T. APPLEGATE | *Michael T. Applegate* |

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED

[X] OWNER
[ ] OTHER

GILBERT TORRES
932 LAS ROSAS
LOS LUNAS, NEW MEXICO 87031  01-23-3-0149

ADDRESS (Include Zip Code)

PAGE 1 OF 2

LOCATION WHERE PROPERTY WAS OBTAINED

AT SUSPECTS RESIDENCE    MASTER BEDROOM

PURPOSE FOR WHICH OBTAINED

EVIDENCE

LOCATION WHERE PROPERTY WILL BE STORED

LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| MB 1 | 1 | PIECE OF POTATO |
| MB 2 | 1 | KNIVES FROM NIGHTSTAND<br>MB2 A KNIFE<br>MB2 B KNIFE<br>MB2 C KNIFE<br>MB2 D KNIFE<br>MB2 E KNIFE<br>MB2 F SHEATH |
| MB 3 | 1 | PIECE OF SHRAPNEL / MUZZLE |
| MB 6 | 1 | WOODEN BACK SCRATCHER |
| MB 7 | 1 | BEDDING<br>MB7A  COMFORTER<br>MB7B  COMFORTER<br>MB7C  BLANKET<br>MB7D  BLANKET<br>MB7D  BLANKET<br>MB7E  TOP SHEET<br>MB7F  BOTTOM SHEET<br>MB7G  PILLOW CASE<br>MB7H  PILLOW CASE<br>MB7 I  PILLOW CASE<br>MB7 J  PILLOW CASE<br>MB7 K  PILLOW CASE<br>MB7 L  PILLOW CASE |
| MB 9 | 1 | PIECE (S) OF DUCT TAPE - INTERWOVEN |
| MB 10 | 1 | BLUE JEANS |

I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01   1800 | MICHAEL T. APPLEGATE | *[signed]* |

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED

[X] OWNER  GILBERT TORRES
[ ] OTHER  932 LAS ROSAS
           LOS LUNAS, NEW MEXICO  87031  01-23-3-0149

ADDRESS (Include Zip Code)

PAGE 2 OF 2

LOCATION WHERE PROPERTY WAS OBTAINED

AT SUSPECTS RESIDENCE    MASTER BEDROOM

PURPOSE FOR WHICH OBTAINED

EVIDENCE

LOCATION WHERE PROPERTY WILL BE STORED

LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| MB 11 | 1 | SHIRT |
| MB 13 | 1 | THROW RUG 5' X 8' |
| MB 14 | 1 | COLLECTED SPATTER (POTATO) FROM CEILING |
| MB 15 | 1 | SHRAPNEL / MUZZLE FROM WEST WALL |
| MB 17 | 1 | SPATTER FROM CLOSET DOOR (POTATO) |
| MB 19 | 1 | BUTTER KNIFE |
| MB 20 | 1 | WADDING |

*MTA*

I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01  1800 | MICHAEL T. APPLEGATE | *[signed] Michael T. Applegate* |

# NEW MEXICO STATE POLICE
## CRIMINAL INVESTIGATIONS SECTION
## RECEIPT FOR PROPERTY OR EVIDENCE

CASE / EVIDENCE NUMBER: 01-23-3-0149

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED:
Owner:[ ] Other: [X]

ADDRESS (Include ZIP code):

LOCATION WHERE PROPERTY WAS OBTAINED: Los Lunas Police Department, Los Lunas, NM

LOCATION WHERE PROPERTY WILL BE STORED:
Los Lunas Police Department

| ITEM # | QUAN-TITY | DETAILED DESCRIPTION OF ARTICLES (INCLUDE MODEL, SERIAL #, IDENTIFYING MARKS, CONDITION, VALUE) |
|---|---|---|
| CD101 | 1 | Sony, 8cm compact disc with photographs of a crime scene at 932 Los Rosas Dr., Los Lunas, NM taken on December 3, 2001 by NMSP Agent Thomas Shayne Arthur. |
| CD102 | 1 | Sony, 8cm compact disc with photographs of a crime scene at 932 Los Rosas Dr., Los Lunas, NM taken on December 4, 2001 by NMSP Agent Thomas Shayne Arthur. |
| CD103 | 1 | Sony, 8cm compact disc with photographs of a crime scene at 932 Los Rosas Dr., Los Lunas, NM taken on December 4, 2001 by NMSP Agent Thomas Shayne Arthur. |
| CD104 | 1 | Memorex, 8cm compact disc with photographs of a crime scene at 932 Los Rosas Dr., Los Lunas, NM taken on December 4, 2001 by NMSP Agent Thomas Shayne Arthur. |
| VT101 | 1 | Maxell videotape of an interview with Gilbert Torres recorded on December 4, 2001 at the Los Lunas Police Department. |
| VT102 | 1 | Maxell videotape of an interview with Gilbert Torres recorded on December 4, 2001 at the Los Lunas Police Department. ***END*** |

DATE AND TIME RECEIVED: December 4, 2001 @ 7:00 p.m.

TYPED NAME: Thomas Shayne Arthur

SIGNATURE: [signed]

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED

[X] OWNER
[ ] OTHER

GILBERT TORRES
932 LAS ROSAS
LOS LUNAS, NEW MEXICO 87031   01-23-3-0149

ADDRESS (Include Zip Code)

PAGE 1 OF 1

LOCATION WHERE PROPERTY WAS OBTAINED

AT SUSPECT'S RERSIDENCE          REAR PORCH AREA

PURPOSE FOR WHIICH OBTAINED

EVIDENCEA

LOCATION WHERE PROPERTY WILL BE STORED

LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| EX | 1 | SWABS FROM REAR PORCH LABLED AS "EXT - " <br><br> EXT 1 <br> EXT 2 <br> EXT 3 <br> EXT 4 <br> EXT 5 |
| TK | 1 | BLOOD TEST KIT USED ON STAIN "LR 8"   TEST POSITIVE |
|  |  | *MTA* |

I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01   1800 | MICHAEL T. APPLEGATE | *Michael T. Applegate* |

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED

[X] OWNER
[ ] OTHER

GILBERT TORRES
932 LAS ROSAS
LOS LUNAS, NEW MEXICO 87031  01-23-3-0149

ADDRESS (Include Zip Code)

PAGE 1 OF 1

LOCATION WHERE PROPERTY WAS OBTAINED

AT SUSPECT'S RERSIDENCE          KITCHEN AREA

PURPOSE FOR WHICH OBTAINED

EVIDENCE

LOCATION WHERE PROPERTY WILL BE STORED

LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| K | 1 | BLOOD SWABS FROM KITCHEN AREA<br><br>K 1<br>K 2<br>K 3<br>K 4<br>K 5<br>K 6<br>K 7<br>K 8<br>K 9<br>K 10  (LINOLEUM W/ BLOOD PRINT)  MTA<br>K 11<br>K 12<br>K 13<br>K 14<br>K 15<br>K 16<br>K 17<br>K 18<br>K 19<br>K 20<br>K 21<br>K 22<br>K 23  (Broken Arm of Chair with Hair)<br>K 25 |

MTA

I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01   1800 | MICHAEL T. APPLEGATE | *(signed)* Michael T. Applegate |

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

| NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED | ADDRESS (Include Zip Code) |
|---|---|
| [X] OWNER  GILBERT TORRES  932 LAS ROSAS  LOS LUNAS, NEW MEXICO 87031   01-23-3-0149 | PAGE 1 OF 1 |

LOCATION WHERE PROPERTY WAS OBTAINED
\922 LAS ROSAS (NIEGHBOR'S BACK YARD)

PURPOSE FOR WHICH OBTAINED
EVIDENCE

LOCATION WHERE PROPERTY WILL BE STORED
LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| A | 1 | BLUE TOWEL / RAG WITH DUCT TAPE |
| B | 1 | PIECES OF DUCT TAPE WOVEN TOGETHER |

*MTA*

I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01  1800 | MICHAEL T. APPLEGATE | *Michael T. Applegate* |

## NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED

[X] OWNER  
[ ] OTHER  

GILBERT TORRES  
932 LAS ROSAS  
LOS LUNAS, NEW MEXICO 87031  01-23-3-0149

ADDRESS (Include Zip Code)

PAGE 1 of 1

LOCATION WHERE PROPERTY WAS OBTAINED

AT SUSPECTS RESIDENCE    MASTER BEDROOM    "Bloodstain Swabs"

PURPOSE FOR WHICH OBTAINED

EVIDENCE

LOCATION WHERE PROPERTY WILL BE STORED

LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| MB BS 1-22 | 1 | BLOODSTAIN SWABS: AS FOLLOWS<br>MBBS 1<br>MBBS 2<br>MBBS 3<br>MBBS 4<br>MBBS 5<br>MBBS 6<br>MBBS 7<br>MBBS 8<br>MBBS 9<br>MBBS 10<br>MBBS 11<br>MBBS 12<br>MBBS 13  CIELING<br>MBBS 14  CEILING<br>MBBS 15  CEILING<br>MBBS 16  WEST WALL<br>MBBS 17  WEST WALL<br>MBBS 18  WEST WALL<br>MBBS 19<br>MBBS 20<br>MBBS 21<br>MBBS 22<br><br>ITEMS NOT COLLECTED AS "SWABS" THEY ARE THE STAIN ON ITEM "MB7A → MB7L"<br>MTA 12/5/01 |

MTA

I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01  1800 | MICHAEL T. APPLEGATE | *Michael T. Applegate* |

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

**NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED**

[X] OWNER
[ ] OTHER

GILBERT TORRES
932 LAS ROSAS
LOS LUNAS, NEW MEXICO 87031  01-23-3-0149

**ADDRESS (Include Zip Code)**

PAGE 1 OF 1

**LOCATION WHERE PROPERTY WAS OBTAINED**
AT SUSPECTS RESIDENCE    FRONT BEDROOM

**PURPOSE FOR WHICH OBTAINED**
EVIDENCE

**LOCATION WHERE PROPERTY WILL BE STORED**
LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| FB 2 | 1 | BROWN LEATHER DOG LEASH |
| FB 3 | 1 | ROLL OF GREY DUCT TAPE WITH BLUE FIBER |
| | | *MTA* |

**I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED**

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01  1800 | MICHAEL T. APPLEGATE | *Michael T. Applegate* |

# NEW MEXICO STATE POLICE RECEIPT FOR PROPERTY OR EVIDENCE

**NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED**

[X] OWNER
[ ] OTHER

GILBERT TORRES
932 LAS ROSAS
LOS LUNAS, NEW MEXICO 87031  01-23-3-0149

**ADDRESS (Include Zip Code)**

PAGE 1 OF 1

**LOCATION WHERE PROPERTY WAS OBTAINED**

AT SUSPECTS RESIDENCE    FRONT HALLWAY

**PURPOSE FOR WHICH OBTAINED**

EVIDENCE

**LOCATION WHERE PROPERTY WILL BE STORED**

LOS LUNAS POLICE DEPARTMENT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial #, identifying marks, condition, and value) |
|---|---|---|
| FH 1 | 1 | BROKEN VASE (CERAMIC) |
| FH 2 | 1 | CARPET WITH STAIN |

*MTA*

**I CERTIFY THAT I HAVE RECEIVED AND HOLD MYSELF RESPONSIBLE FOR THE ARTICLES LISTED**

| DATE & TIME REC'D | TYPED NAME | SIGNATURE |
|---|---|---|
| 12-3-01   1800 | MICHAEL T. APPLEGATE | *Michael T. Applegate* |