THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF VALENCIA
STATE OF NEW MEXICO

STATE OF NEW MEXICO,
        Plaintiff,
vs.

Gilbert Torres
DOB: June 5, 1953
SSN: 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
        Defendant.

No.  D1314 CR 01 183——————DEPUTY
DA#  VL 01 1631

ENDORSED

FILED IN MY OFFICE
DISTRICT COURT CLERK

03 JUN 20 PM 2:47

JAMIE GOLDBERG

## JUDGMENT, SENTENCE AND COMMITMENT

On the 19th day of May, 2003, this case came before the Honorable John W. Pope, District Court Judge, for sentencing, the State appearing by John J. Bogren, Senior Trial Prosecutor, the Defendant appearing personally and by his attorney, Joseph Campbell, and the Defendant having been found guilty convicted on the 14th day of February, 2003 by a jury, accepted and recorded by the Court, of the offense(s) of: **Murder in the Second Degree and Tampering with Evidence**, contrary to NMSA 1978, Sections 30-2-1(B) and 30-22-5, a second and fourth degree felony offenses occurring on or about the 3rd day of December, 2001.

The Defendant is hereby found and adjudged guilty and convicted of said crime(s).

IT IS THE JUDGMENT AND SENTENCE of the Court that the Defendant, Gilbert Torres, be committed to the custody of the Department of Corrections as follows:

1.     For the charge of **Murder in the Second Degree** the defendant shall serve fifteen (15) years;

2.     For the charge of **Tampering with Evidence** the defendant shall serve eighteen (18) months;

3.    That the above sentences shall run consecutive to each other for a period of incarceration of 16 1/2 years;

4.    The defendant is to receive <u>97</u> days of pre-sentence confinement to date of sentencing;

5.    Upon release, the defendant is to be placed on parole for a period of two (2) years.

6.    That the Defendant shall provide a sample of biological material sufficient for DNA testing and shall pay a fee of $100.00 for the combined DNA Index System (CODIS) to the Field Services Division of the New Mexico Corrections Department, pursuant to the DNA Identification Act, Section 29-16-1, et.seq., NMSA 1978.

THEREFORE, You Cornell Corrections are hereby commanded to take the above-named Defendant into custody and confine him for the above term.

JOHN W. POPE, DIV. 1
ENDORSED
John W. Pope
DISTRICT JUDGE

APPROVED AS TO FORM:

John J. Bogren
SENIOR TRIAL PROSECUTOR

*telephonic approval*
Joseph Campbell
COUNSEL FOR THE DEFENDANT