Westlaw.

113 P.3d 345 (Table)

Page 1

137 N.M. 522, 113 P.3d 345 (Table), 2005 -NMCERT- 5

**(Cite as: 137 N.M. 522, 113 P.3d 345)**

**H**
(The Court's decision is referenced in a "Supreme Court of New Mexico Denials of Certiorari" table in the Pacific Reporter. See NM R RAP Rule 12-405)

Supreme Court of New Mexico
State
v.
Torres
**NO. 29,194**

May 20, 2005

Certiorari Denied.

137 N.M. 522, 113 P.3d 345 (Table), 2005 -NMCERT- 5

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.