# THE SUPREME COURT OF THE STATE OF NEW MEXICO

August 19, 2010

NO. 32,478

GILBERT E. TORRES, JR.,

    Petitioner,

v.

STATE OF NEW MEXICO,

    Respondent.

Valencia
District Court
CR-01-483

## ORDER

This matter coming on for consideration by the Court upon Petition for Writ of Certiorari filed pursuant to Rule 12-501 of the Rules of Appellate Procedure, and the Court having considered said petition and response, and being sufficiently advised, Chief Justice Charles W. Daniels, Justice Patricio M. Serna, Justice Petra Jimenez Maes, Justice Richard C. Bosson, and Justice Edward L. Chávez concurring;

NOW, THEREFORE, IT IS ORDERED that the Petition for Writ of Certiorari is **denied.**

IT IS SO ORDERED.

    WITNESS, The Hon. Charles W. Daniels, Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 19th day of August, 2010.

(S E A L)    _/s/ Madeline Garcia_

Madeline Garcia, Chief Deputy Clerk

ATTEST: A TRUE COPY
_Madeline Garcia_
Clerk of the Supreme Court
of the State of New Mexico