# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**GILBERT E. TORRES JR.,**

    **Petitioner,**

**vs.**          **No. CIV-10-1199 JB/LAM**

**ANTHONY ROMERO, Warden,**

    **Respondent.**

## NOTICE OF APPEARANCE

  Margaret McLean, Assistant Attorney General, hereby enters an appearance on behalf of Anthony Romero, Warden, in the above-entitled and numbered cause.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

GARY K. KING
Attorney General

Electronically filed
/s/ Margaret McLean
Margaret McLean
Assistant Attorney General

Attorneys for Respondent
Post Office Drawer 1508
Santa Fe, New Mexico 87504-1508
(505) 827-6929
mmclean@nmag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2011, I filed the foregoing NOTICE OF APPEARANCE electronically through the CM/ECF system that caused counsel for Petitioner, Todd Hotchkiss, to be served electronically as indicated in the notification of electronic filing at tbhotchkiss@frechettelaw.com.

/s/ Margaret McLean
Margaret McLean
Assistant Attorney General

2