IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

GILBERT E. TORRES, JR.,

    Petitioner,

v.                                   Civil No. 10-1199 JB/LAM

UNITED STATES OF AMERICA,

    Respondent.

### NOTICE OF ATTORNEY UNAVAILABILITY

    Petitioner, GILBERT E. TORRES, JR., by and through his attorney, Todd Hotchkiss of Frechette & Associates, P.C., hereby notifies this Court and the United States that Mr. Hotchkiss is not available in this case from August 22-26, 2011 as he will be out of the office for personal vacation in Montana and Wyoming. Mr. Hotchkiss will be back in the office on Monday, August 29, 2011.

                                    Respectfully submitted,

                                    /s/ Todd Hotchkiss
                                  TODD HOTCHKISS
                                  FRECHETTE & ASSOCIATES, P.C.
                                  Attorney for GILBERT E. TORRES, JR.
                                  P.O. Box 26807
                                  Albuquerque, New Mexico  87125
                                  Tele. (505) 247-8558
                                  E-mail: tbhotchkiss@frechettelaw.com

**CERTIFICATE OF SERVICE**

    I, Todd Hotchkiss, hereby certify that on August 19, 2011 I electronically filed through the CM/ECF system and that through that system opposing counsel, Margaret McLean, Assistant Attorney General will be served with a true and accurate copy.

                                      /s/ Todd Hotchkiss
                                      TODD HOTCHKISS