IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GILBERT E. TORRES, JR.,

    Petitioner,

v.                                         No. CIV 10-1199 JB/LAM

ANTHONY ROMERO,

    Respondent.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order Adopting Proposed Findings and Recommended Disposition, filed August 24, 2011 (Doc. 12), which denied Petitioner Gilbert E. Torres' Petition For Writ of Habeas Corpus Under 28 U.S.C. § 2254, filed December 12, 2010 (Doc. 1) as lacking merit and adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed May 26, 2011 (Doc. 9) in an order entered concurrently with this Final Judgment. The Court has resolved all matters before it in this case, and now enters final judgment.

**IT IS ORDERED** that judgment is entered in this case in favor of Respondent Anthony Romero, and that this case and all of Petitioner Gilbert E. Torres' claims are dismissed with prejudice, and this case is dismissed.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

Todd B. Hotchkiss
Frechette & Associates
Albuquerque, New Mexico

    *Attorney for Petitioner*

Gary King
  New Mexico Attorney General
Margaret E. McLean
  Assistant Attorney General
Santa Fe, New Mexico

    *Attorneys for the Respondent*